UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                          2:05-cr-53-FtM-29DNF

RAFAEL LOPEZ
_____

**ORDER**

_____This matter comes before the Court on Defendant's Objections to Pre-Sentence Report (Doc. #319), filed on January 11, 2006. Defendant has submitted a one paragraph statement which he asserts now complies with his obligations under the "safety valve" provisions of the Sentencing Guidelines. The Court doubts that a unilateral written statement can ever comply with defendant's obligation to "truthfully provide[ ] to the Government all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan, . . ." U.S. Sentencing Guidelines, § 5C1.2(a)(5). Even if compliance may be possible with a unilateral statement, it is clear from the face of the statement provided by defendant in this case that he has not complied with his obligations under § 5C1.2(a)(5).

Accordingly, it is now

**ORDERED**:

Defendant's Objections to Pre-Sentence Report (Doc. #319) is **OVERRULED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of January, 2006.

                                        JOHN E. STEELE
                                        United States District Judge

Copies:
AUSA
Counsel of Record